IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| WINGROVE ROBINSON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 1:25-CV-00024-MJT-ZJH |
| MAGNOLIA MANOR *and* SHERI WALKER, | § § § | |
| Defendants. | § § | |

## **ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING CASE**

On January 16, 2025, the court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management. On April 8, 2025, Judge Hawthorn issued a Report and Recommendation [Dkt. 6], which recommended dismissing the case because Plaintiff Wingrove Robinson failed to prosecute it.

The court reviewed Judge Hawthorn's Report and Recommendation along with the record, pleadings, and all available evidence. The court affirms that Judge Hawthorn's findings of fact and conclusions of law are correct. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C). The Clerk sent Robinson notice of the Report and Recommendation at Robinson's last known address. [Dkt. 7].

It is, therefore, ORDERED that the Report and Recommendation of the United States Magistrate Judge [Dkt. 27] is ADOPTED.  Accordingly, the present action is DISMISSED.  The Clerk is directed to close this case and deny all pending motions as moot.

**SIGNED this 20th day of May, 2025.**

_____
Michael J. Truncale
United States District Judge